IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ARTIS EUGENE SLADE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:12CV98 |
| ) | 1:07CR324-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On June 28, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #103] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #101], which is affirmed and adopted.

IT IS THEREFORE ORDERED that the previous STAY entered in this action is LIFTED, Respondent's Motion to Dismiss [Doc. #80] is GRANTED, Petitioner's Motion to vacate, set aside or correct sentence [Doc. #75] is DISMISSED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 1st day of August, 2016.

/s/ James A. Beaty
United States District Judge